| | | |
|---|---|---|
| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 23 mins |
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK: Lili M. Harrell | REPORTER/FTR: 1:46pm - 2:09pm |
| MAGISTRATE JUDGE: Susan van Keulen | DATE: June 15, 2018 | NEW CASE ☐ / CASE NUMBER: 18-cr-00258 LHK-02 |

### APPEARANCES

| | | | | | |
|---|---|---|---|---|---|
| DEFENDANT: Ramesh Balwani | AGE | CUST: Y | P/NP: P | ATTORNEY FOR DEFENDANT: Jeffrey Coopersmith, Kelly Gordon | PD. ☐  RET. ☒  APPT. ☐ |
| U.S. ATTORNEY: Jeff Schenk, John Bostic | | INTERPRETER | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER: Allen Lew | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | |

### PROCEEDINGS SCHEDULED TO OCCUR

- ☒ INITIAL APPEAR
- ☐ PRELIM HRG
- ☐ MOTION
- ☐ JUGM'T & SENTG
- ☐ STATUS / ☐ STATUS TRIAL SET
- ☐ I.D. COUNSEL
- ☒ ARRAIGNMENT
- ☐ BOND HEARING
- ☐ IA REV PROB. or or S/R
- ☐ OTHER
- ☐ DETENTION HRG
- ☐ ID / REMOV HRG
- ☐ CHANGE PLEA
- ☐ PROB. REVOC.
- ☐ ATTY APPT HEARING

### INITIAL APPEARANCE

- ☒ ADVISED OF RIGHTS
- ☒ ADVISED OF CHARGES
- ☒ NAME AS CHARGED IS TRUE NAME
- ☐ TRUE NAME:

### ARRAIGNMENT

- ☐ ARRAIGNED ON INFORMATION
- ☒ ARRAIGNED ON INDICTMENT
- ☒ READING WAIVED SUBSTANCE
- ☐ WAIVER OF INDICTMENT FILED

### RELEASE

- ☐ RELEASED ON O/R
- ☒ ISSUED APPEARANCE BOND
- AMT OF SECURITY: $ 500,000 P/R
- SPECIAL NOTES
- ☒ PASSPORT SURRENDERED DATE: 6/15/2018

PROPERTY TO BE POSTED — ☐ CASH $
CORPORATE SECURITY ☐
REAL PROPERTY: ☐

- ☐ MOTION FOR DETENTION
- ☐ PRETRIAL SERVICES REPORT
- ☐ DETAINED
- ☐ RELEASED
- ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED
- ☐ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

### PLEA

- ☐ CONSENT ENTERED
- ☒ NOT GUILTY
- ☐ GUILTY
- GUILTY TO COUNTS: ☐
- ☐ PRESENTENCE REPORT ORDERED
- ☐ CHANGE OF PLEA
- ☐ PLEA AGREEMENT FILED
- OTHER:

### CONTINUANCE

TO: 8/15/2018
AT: 9:15am
BEFORE HON. Koh

- ☐ ATTY APPT HEARING
- ☐ BOND HEARING
- ☐ STATUS RE: CONSENT
- ☐ TRIAL SET
- ☐ SUBMIT FINAN. AFFIDAVIT
- ☐ PRELIMINARY HEARING
- ☐ CHANGE OF PLEA
- ☒ STATUS
- ☐ DETENTION HEARING
- ☐ ARRAIGNMENT
- ☐ MOTIONS
- ☐ JUDGMENT & SENTENCING
- ☐ TIME WAIVED
- ☒ TIME EXCLUDABLE UNDER 18 § USC 3161
- ☐ IDENTITY / REMOVAL HEARING
- ☐ PRETRIAL CONFERENCE
- ☐ PROB/SUP REV. HEARING

### ADDITIONAL PROCEEDINGS

Court grants Govt's motion to unseal case. Govt to file related case notice in a matter pending before Judge Freeman.

DOCUMENT NUMBER: