Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA                    )
                                            )  Case No: 5:18-cr-00258
                        Plaintiff(s),       )
                                            )  **APPLICATION FOR**
            v.                              )  **ADMISSION OF ATTORNEY**
ELIZABETH HOLMES and                        )  **PRO HAC VICE**
RAMESH "SUNNY" BALWANI,                     )  (CIVIL LOCAL RULE 11-3)
                                            )
                        Defendant(s).       )
                                            )

I, AMANDA MCDOWELL , an active member in good standing of the bar of Supreme Court of Wash. , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Ramesh "Sunny" Balwani in the above-entitled action. My local co-counsel in this case is Randall Scott Luskey , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Orrick, Herrington & Sutcliffe LLP | Orrick, Herrington & Sutcliffe LLP |
| 701 5th Ave., Suite 5600, Seattle, WA 98104 | 405 Howard Street, San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (206) 839-4300 | (415) 773-5700 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| amcdowell@orrick.com | rluskey@orrick.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 52312 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  10/11/19

                                            AMANDA MCDOWELL
                                        _____
                                            APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of AMANDA MCDOWELL is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  10/18/2019

                                        _____
                                        UNITED STATES DISTRICT/XXXXXXXXXX JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                        *October 2012*