| | FILED |
|---|---|
| **UNITED STATES DISTRICT COURT** **NORTHERN DISTRICT OF CALIFORNIA** | Jul 28 2020 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO |

# CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**

**USA v.**  Elizabeth A. Holmes, et al.

**CASE NUMBER:**

**CR** 18-258 EJD

| | | | |
|---|---|---|---|
| **Is This Case Under Seal?** | Yes | No ✔ | |
| **Total Number of Defendants:** | 1 | 2-7 ✔ | 8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✔ | |
| **Venue (Per Crim. L.R. 18-1):** | SF | OAK | SJ ✔ |
| **Is this a potential high-cost case?** | Yes | No ✔ | |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✔ | |
| **Is this a RICO Act gang case?** | Yes | No ✔ | |

**Assigned AUSA (Lead Attorney):**  Robert Leach

**Date Submitted:** 7/28/2020

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)

| RESET FORM | SAVE PDF |
|---|---|