JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **MS. HOLMES' NOTICE OF NON-OPPOSITION TO THE GOVERNMENT'S ADMINSTRATIVE MOTION TO FILE PORTIONS OF DOCUMENTS UNDER SEAL** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Hon. Edward J. Davila |
| Defendants. | |

## MS. HOLMES' NOTICE OF NON-OPPOSITION TO THE GOVERNMENT'S ADMINSTRATIVE MOTION TO FILE PORTIONS OF DOCUMENTS UNDER SEAL

Ms. Holmes does not oppose the government's administrative motion to file portions of documents under seal. ECF No. 589. Ms. Holmes specifically notes her objection to the public release of her personal phone number reflected on these exhibits. That information should be considered personal information covered by this Court's protective order. ECF No. 28 at 2.

DATED: November 24, 2020                    Respectfully submitted,

/s/ Amy Mason Saharia
KEVIN DOWNEY
LANCE WADE
AMY MASON SAHARIA
KATHERINE TREFZ
Attorneys for Elizabeth Holmes

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2020 a copy of this filing was delivered via ECF on all counsel of record.

/s/ Amy Mason Saharia
AMY MASON SAHARIA
Attorney for Elizabeth Holmes

MS. HOLMES' NOTICE OF NON-OPPOSITION TO THE GOVERNMENT'S ADMINSTRATIVE MOTION TO FILE PORTIONS OF DOCUMENTS UNDER SEAL
CR-18-00258 EJD