UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** February 9, 2021 **Time:** 10:13-10:32 **Judge:** Edward J. Davila

**Total Time:** 19 Mins.

**Case No.**: 18-cr-00258-EJD-2 **Case Name:** UNITED STATES v. Ramesh "Sunny" Balwani(P)(NC)

**Attorney for Plaintiff:** Jeffrey Schenk, John Bostic, Robert Leach, Vanessa Baehr-Jones

**Attorney for Defendant:** Jeffrey Coopersmith, Stephen Cazares, Amy Walsh, Guy Singer, Amanda McDowell, Jenna Vilkin, Molly McCafferty, Aaron Brecher, Kory DeClark

**Deputy Clerk:** Adriana M. Kratzmann **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A **Probation Officer:** N/A

**PROCEEDINGS – STATUS CONFERENCE**
**Via Zoom Webinar Remotely due to COVID19**

Defendant is present, out of custody and consents to the proceeding being held via Zoom video.
Hearing held.
The Court set Jury Selection beginning on January 11, 2022 at 9:00 a.m. and evidence is anticipated to begin on January 18, 2022 at 9:00 a.m. The Court ordered the parties to meet and confer and file a proposed scheduling order based upon the new trial date. Also, counsel shall include status conference date(s) in the proposed scheduling order. (Previous trial estimate 3-4 months)
Pursuant to 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial, and excluded time from 2/9/2021 through and including 1/11/2022. For the reasons stated on the record, time is excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

**CASE CONTINUED TO: January 11, 2022 9:00 A.M. for Jury Selection.**

Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), and all applicable decisions interpreting *Brady*, the government has a continuing obligation to produce all information or evidence known

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**

Adriana M. Kratzmann
**Adriana M. Kratzmann**
**Courtroom Deputy**
**Original: Efiled**
**CC:**

to the government that is relevant to the guilt or punishment of a defendant, including, but not limited to, exculpatory evidence.

Accordingly, the Court Orders the government to produce to the defendant in a timely manner all information or evidence known to the government that is either: (1) relevant to the defendant's guilt or punishment; or (2) favorable to the defendant on the issue of guilt or punishment.

This Order is entered under Rule 5(f) and does not relieve any party in this matter of any other discovery obligation. The consequences for violating either this Order or the government's obligations under *Brady* include, but are not limited to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges.

---

**EXCLUDABLE DELAY:**
Category – Effective preparation of Counsel.
Begins – 2/9/2021
Ends – 1/11/2022

---

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**

Adriana M. Kratzmann

**Adriana M. Kratzmann**
**Courtroom Deputy**
**Original: Efiled**
**CC:**