STEVEN W. FOGG (Admitted *Pro Hac Vice*)
JEFFREY B. COOPERSMITH (SBN 252819
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Telephone: (206) 625-8600
Facsimile: (206) 625-0900
Email: sfogg@corrcronin.com
jcoopersmith@corrcronin.com

AMY WALSH (Admitted *Pro Hac Vice*)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
Email: awalsh@orrick.com; scazares@orrick.com

Attorneys for Defendant RAMESH BALWANI

CORR CRONIN LLP

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAMESH "SUNNY" BALWANI,

Defendant,

FIDELITY INVESTMENTS,

Garnishee.

Case No. CR-18-00258-002 EJD

**DECLARATION OF JEFFREY B. COOPERSMITH IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF OPPOSITION TO APPLICATION FOR WRIT OF CONTINUING GARNISHMENT**

(STOCK ACCOUNTS)

I, Jeffrey B. Coopersmith, declare as follows:

1. I am an attorney at Corr Cronin LLP, attorneys of record for Ramesh Balwani in this matter. I am over eighteen years of age, am competent to testify, and submit this declaration

based upon personal knowledge in support of Mr. Balwani's Administrative Motion for Leave to File Sur-Reply in Support of Opposition to Application for Writ of Continuing Garnishment ("Motion").

2. Pursuant to Local Rule 7-11(a), I contacted Assistant U.S. Attorney Vivian Wang on October 25, 2023, to ask if the government would stipulate to the filing of Mr. Balwani's sur-reply. That same day, Ms. Wang informed me that the government did not consent to such a stipulation. For this reason, a stipulation could not be obtained.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 25th day of October, 2023, at Seattle, Washington.

*_/s/ Jeffrey B. Coopersmith_*
Jeffrey B. Coopersmith, SBN 252819