JOHN D. CLINE (CA State Bar No. 237759)
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone: (202) 434-5000 │Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR-18-00258-EJD |
| Plaintiff, | ) |
| | ) **STIPULATION AND [PROPOSED] ORDER** |
| v. | ) |
| | ) |
| ELIZABETH HOLMES and | ) Hon. Edward J. Davila |
| RAMESH "SUNNY" BALWANI, | ) |
| Defendants. | ) |
| | ) |

STIPULATION AND [PROPOSED] ORDER
CR-18-00258 EJD

**STIPULATION**

Defendant Elizabeth A. Holmes and the United States of America, by and through their counsel, stipulate as follows:

WHEREAS, on June 11, 2025, Ms. Holmes filed a Motion for Modification of Sentence seeking application of Sentencing Guidelines Amendment 821, the retroactive zero-point offender adjustment, to her sentence;

WHEREAS, the parties have met and conferred and agree, and hereby stipulate and jointly request that the Court set the following schedule in connection with that Motion:

| Date | Event |
| --- | --- |
| 7/2/2025 | Government's Response |
| 7/23/2025 | Ms. Holmes' Reply, if the government opposes |

THEREFORE, the parties stipulate and agree that the Court should enter the order below.

IT IS SO STIPULATED.

DATED: June 11, 2025                                        Respectfully Submitted,


/s/ Katherine Trefz
KATHERINE TREFZ
Attorney for Elizabeth Holmes


DATED: June 11, 2025


CRAIG H. MISSAKIAN
United States Attorney

/s/ Kelly Volkar

KELLY I. VOLKAR
Assistant United States Attorney


STIPULATION AND [PROPOSED] ORDER
CR-18-00258 EJD

**[PROPOSED] ORDER**

For the reasons set forth above, and good cause shown, IT IS ORDERED that the briefing schedule identified shall apply to Ms. Holmes' Motion for Modification of Sentence.

**IT IS SO ORDERED.**


DATED:_____                    _____
                                       Hon. Edward J. Davila
                                       United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR-18-00258 EJD