1  JOHN D. CLINE (CA State Bar No. 237759)
2  600 Stewart Street, Suite 400
   Seattle, WA 98101
3  Telephone: (360) 320-6435
   Email: cline@johndclinelaw.com
4
5  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
6  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
7  WILLIAMS & CONNOLLY LLP
   680 Maine Avenue, S.W.
8  Washington, D.C. 20024
   Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
9  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

10 Attorneys for Defendant ELIZABETH A. HOLMES

13                    UNITED STATES DISTRICT COURT
14                   NORTHERN DISTRICT OF CALIFORNIA
15                           SAN JOSE DIVISION

17 UNITED STATES OF AMERICA,        ) Case No. CR-18-00258-EJD
                                    )
18         Plaintiff,                ) **STIPULATION AND [PROPOSED] ORDER**
                                    )
19    v.                             )
                                    )
20 ELIZABETH HOLMES and              ) Hon. Edward J. Davila
   RAMESH "SUNNY" BALWANI,           )
21                                  )
           Defendants.                )
22                                  )
                                    )
23                                  )
                                    )
24                                  )
                                    )
25

28 STIPULATION AND [PROPOSED] ORDER
   CR-18-00258 EJD

**STIPULATION**

Defendant Elizabeth A. Holmes and the United States of America, by and through their counsel, stipulate as follows:

    WHEREAS, on June 11, 2025, Ms. Holmes filed a Motion for Modification of Sentence seeking application of Sentencing Guidelines Amendment 821, the retroactive zero-point offender adjustment, to her sentence;

    WHEREAS, the parties have met and conferred and agree, and hereby stipulate and jointly request that the Court set the following schedule in connection with that Motion:

| Date | Event |
| --- | --- |
| 7/2/2025 | Government's Response |
| 7/23/2025 | Ms. Holmes' Reply, if the government opposes |

    THEREFORE, the parties stipulate and agree that the Court should enter the order below.

IT IS SO STIPULATED.

DATED: June 11, 2025                                                   Respectfully Submitted,

                                                                             /s/ Katherine Trefz
                                                                             KATHERINE TREFZ
                                                                             Attorney for Elizabeth Holmes

DATED: June 11, 2025

                                                                             CRAIG H. MISSAKIAN
                                                                             United States Attorney

                                                                             /s/ Kelly Volkar

                                                                             KELLY I. VOLKAR
                                                                             Assistant United States Attorney

**[~~PROPOSED~~] ORDER**

For the reasons set forth above, and good cause shown, IT IS ORDERED that the briefing schedule identified shall apply to Ms. Holmes' Motion for Modification of Sentence.

**IT IS SO ORDERED.**

DATED: June 12, 2025

_____
HON. EDWARD J. DAVILA
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER
CR-18-00258 EJD