CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA A. BOERSCH (CABN 126569)
Chief, Criminal Division

KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorneys

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 370-9521
    Fax: (415) 436-7234
    Kelly.Volkar@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258 EJD |
| Plaintiff, | |
| v. | DECLARATION OF KELLY I. VOLKAR IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT ELIZABETH HOLMES' MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(2) |
| ELIZABETH HOLMES, | |
| Defendant. | Court:  Hon. Edward J. Davila |

VOLKAR DECL. ISO U.S.' OPP'N RE: DEF.'S MOT. FOR SENTENCE REDUCTION,
CASE NO. 18-CR-258 EJD          1

I, Kelly I. Volkar, declare:

1.      I am an Assistant United States Attorney (AUSA) representing the United States of America, the plaintiff in this case.

2.      On or about June 23, 2025, I participated in a phone call with one investor-victim and Special Agent Mario Scussel of the Federal Bureau of Investigation.  The investor-victim informed us that his investment in Theranos was 15% of his personal net worth at the time and asked us to share that information with the Court.  The investor-victim asked to maintain his identity under seal, which the government honors pursuant to 18 U.S.C. § 3771(a)(8).

3.      Attached hereto as Exhibit 1 is a true and correct copy of an article, titled *Liz Holmes Wants You to Forget About Elizabeth*, authored by Amy Chozick, and first published in *The New York Times* on May 7, 2023.

4.      Attached hereto as Exhibit 2 is a true and correct copy of an article, titled *Elizabeth Holmes Breaks Her Silence in First Interview from Prison: 'It's Been Hell and Torture' (Exclusive)*, authored by Danielle Bacher, and published in *People* magazine on February 12, 2025.

5.      Attached hereto as Exhibit 3 is a true and correct copy of an article, titled *Elizabeth Holmes's Partner Has a New Blood-Testing Start-Up*, authored by Rob Copeland, and first published in *The New York Times* on May 10, 2025.

6.      Attached hereto as Exhibit 4 is a true and correct copy of an article, titled *Elizabeth Holmes's Partner Reportedly Raises Millions for Blood-Testing Startup*, authored by José Olivares, and published in *The Guardian* on May 11, 2025.

7.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Oakland, California, on July 2, 2025.

DATED: July 2, 2025

*/s/ Kelly I. Volkar*
KELLY I. VOLKAR
Assistant United States Attorney