Case 5:18-cr-00258-EJD    Document 1796-3    Filed 07/02/25    Page 1 of 18

SUBSCRIBE

# Elizabeth Holmes Breaks Her Silence in First Interview from Prison: 'It's Been Hell and Torture' (Exclusive)

The former Theranos CEO, convicted of fraud, shares details of her life behind bars and separation from her family

By **Danielle Bacher**  |  Updated on February 12, 2025 11:49AM EST

💬 **382 COMMENTS**



**Elizabeth Holmes on the cover of PEOPLE, left; Elizabeth Holmes in 2023.**
Credit :  Philip Cheung/The New York Times/Redux

**Disgraced former CEO Elizabeth Holmes speaks to PEOPLE in her**
**iew since being found guilty of fraud in the collapse of**

SKIP TO CONTENT

SUBSCRIBE

her two young children 'shatters her world'

**Her daily routine includes a workout, largely vegan meals, teaching French to other inmates and working on her campaign to reform the criminal justice system**

Twice a week, for a few fleeting hours, life is sweet for 41-year-old [Elizabeth Holmes](). It's when her kids [William](), 3, and [Invicta](), 2, snuggle in her lap and talk excitedly about insects, ant farms and sea creatures. Her son builds Legos, and her daughter dismantles them.

Seemingly unaware of the beeping of metal detectors and the watchful eyes of guards at [Federal Prison Camp Bryan]() in Texas, the children and their father, Holmes's partner [Billy Evans](), 33, enjoy each moment together. And like always, their most recent visit ended with a ritual when their time was up: The children pressed their fingers together to make a heart sign, saying in unison, "Mommy, this is our love." To which their mother responded, "Our love is a superpower."

Watching them leave through the secured glass door that separates her from freedom "shatters my world every single time," says Holmes. "The people I love the most have to walk away as I stand here, a prisoner, and my reality sinks in."

SKIP TO CONTENT

SUBSCRIBE

convictions and sentences all indicate that the start-up world's habit of playing fast and loose with the truth actually has consequences.

**Elizabeth Holmes with her mother Noel and partner Billy Evans arriving at federal courthouse in San Jose, California for a sentencing hearing on Nov. 18, 2022.**
Credit: Jim Wilson/The New York Times/Redux

Of course, Holmes is no superhero, and the tough reality of her life today is a nightmare of her own making. After serving nearly two years of an 11.25-year sentence (reduced to nine years for good behavior) for fraud and conspiracy over the collapse of Theranos — the billion dollar biotech corporation she founded — she is speaking out for the first time in a prison interview, conducted in a cold visitation room furnished with vending machines and blue plastic chairs.

Gone are the black turtlenecks and crimson lipstick she wore when she dazzled Silicon Valley, and the national media, as the bold CEO of a start-up. Her company promised to revolutionize the health care industry with cheap diagnostic testing and devices able to screen patients for hundreds of diseases with just a few drops of blood.

**RELATED:** Where Is Elizabeth Holmes Now? All About the Disgraced Tech Founder's Life in Prison

SKIP TO CONTENT

SUBSCRIBE

**Elizabeth Holmes walks in the prison yard at Federal Prison Camp Bryan in Texas in June 2023.**
Credit: SplashNews

Now she wears drab khaki prison garb, with her blonde hair pulled back, bare makeup and a silver cross around her neck— speaking in a voice notably softer than the throaty baritone she was known for.

"I'm not the same person I was back then," says Holmes, who pleaded not ~~al~~ and maintains her innocence today, albeit while vaguely

SKIP TO CONTENT

"It's surreal. People who have never met me believe so strongly about me. They don't understand who I am. It forces you to spend a lot of time questioning belief and hoping the truth will prevail. I am walking by faith and, ultimately, the truth. But it's been hell and torture to be here."

Federal Prison Camp Bryan in Bryan, Texas, US, on Tuesday, May 30, 2023. Elizabeth Holmes, founder of Theranos Inc., surrendered to authorities on Tuesday to begin her 11 1/4-year sentence after she was convicted by a jury last year of defrauding investors in the blood-testing startup.

**Federal Prison Camp Bryan in Bryan, Texas on May 30, 2023.**
Credit: Sergio Flores/Bloomberg via Getty

At 20, she dropped out of Stanford University in her sophomore year to focus on developing health care technology with a mission to save lives. In 2003, she launched her blood-testing start-up Theranos, which soared to a $9 billion valuation in a decade. Hailed as the next Steve Jobs, and backed by investors such as Rupert Murdoch and the family behind Walmart, Holmes became the nation's youngest self-made billionaire in 2014.

But following the publication of an exposé in *The Wall Street Journal* that accuracy of the company's testing technology, a federal

SKIP TO CONTENT

SUBSCRIBE

misleading investors and defrauding them along with patients for hundreds of millions of dollars.

Holmes's rise to fame and fall from grace were depicted in Hulu's miniseries *The Dropout,* starring Amanda Seyfried — which Holmes says she found "difficult" to watch.

**RELATED:** Amanda Seyfried Spotted for the First Time as Elizabeth Holmes on 'The Dropout' Set

Holmes is still processing the downfall that wiped away her entire fortune— and she considers her trial and conviction in a San Jose courtroom in 2022 to be a miscarriage of justice. "First it was about accepting it happened," says Holmes about her relationship with Balwani. "Then it was about forgiving myself for my own part. [And] I refused to plead guilty to crimes I did not commit. Theranos failed. But failure is not fraud."

On the stand, doctors and patients testified that the blood tests Holmes developed and marketed were a health care scam: One woman claimed test results showed she'd had a miscarriage when she was actually pregnant; another patient was told he might have prostate cancer when he didn't; a third received a false HIV diagnosis. Holmes was acquitted of the fraud charges related to patients and is waiting an appeal verdict for her convictions before a panel of three federal judges. She and Balwani were ordered to pay $452 million in restitution.

SKIP TO CONTENT

SUBSCRIBE

husband Billy Evans and their two children at Torrey Pines State Natural Reserve.

**Elizabeth Holmes and partner Billy Evans with their two children in La Jolla, Calif.**
Credit: Philip Cheung for The New York Times/Redux

Although the start of her prison sentence was postponed, Holmes says she still wasn't mentally prepared to serve time as a mother with two babies. She gave birth to her first child, William, just weeks before her fraud trial began. Evans, whom she met at a rooftop charity event in Oct. 2017 during the Theranos scandal, presented a silver snake ring bought at a [Taylor Swift *Reputation* Tour concert](#) when he proposed to her a year later.

Together they decided to start a family despite the legal jeopardy that Holmes was soon to face. "I asked him 20 times if he wanted to spend his life with me," she recalls. "There were a million reasons why not." (Although Evans is an heir to the Evans Hotel Group, his family hasn't contributed to Holmes's legal defense. )

**RELATED:** [Elizabeth Holmes: Everything to Know About Alleged Silicon Valley Con-Artist Who's Now Engaged](#)

A year later Holmes was pregnant again with daughter Invicta (Latin for "invincible"), which delayed her prison start by a month. "I always wanted

SKIP TO CONTENT

Case 5:18-cr-00258-EJD   Document 1796-3   Filed 07/02/25   Page 8 of 18

When the time to turn herself in finally arrived on May 30, 2023, she approached the prison gates in a Ford Expedition while hurriedly using a high-tech Elvie breast pump to collect milk for the 3-month-old Invicta in the back seat. Upon surrendering, she told guards that she was breastfeeding her child, and was allowed to bring two pumps with her into detention.

Over the next week, she collected a small amount of milk in a plastic bag. "I wanted my daughter to have her mother's milk," she recalls. "It was important to me because it was a way to love her in here." Later, Holmes spoke to the prison's warden about allowing women to breastfeed privately and authorities eventually built multiple lactation rooms in the housing units in 2023. One dimly lit lactation station features a large mural of a mother holding her baby, alongside a freezer to store the milk for the next visit.

Elizabeth Holmes at a state dinner hosted by U.S. President Barack Obama and U.S. First Lady Michelle Obama in honor of Japan's Prime Minister Shinzo Abe at the White House in Washington, D.C., U.S., on Tuesday, April 28, 2015; Elizabeth Holmes attends the Forbes Under 30 Summit at Pennsylvania Convention Center on October 5, 2015 in Philadelphia, Pennsylvania.

**Elizabeth Holmes (left) at a state dinner at the White House in 2015. Holmes (right) at the Forbes Under**

r/Bloomberg via Getty; Gilbert Carrasquillo/Getty

prison's routine. Each morning she wakes just after 5 a.m., eats fruit for breakfast, then does a 40-minute daily workout—lifting weights, rowing and running on a track.

By 8 a.m. she's at the education building, earning 31 cents an hour as a reentry clerk, helping women slated for release to write résumés and prepare to apply for tax credits and other government benefits.

"So many of these women don't have anyone, and once they're in there, they're forgotten," she says. Between roll calls five times a day, Holmes also works as a law clerk, helping women to secure compassionate release and their court cases, as well as teaching French classes.

**RELATED:** [All About Elizabeth Holmes' 2 Kids and How They've Impacted Her Case](#)

Holmes says she was raped at a college fraternity party and testified at her Theranos trial that she had been [sexually abused and manipulated by her codefendant Balwani](#) (he denied it). She claimed he controlled everything from the food she ate to her daily schedule and kept her away from her family.

"I wish that I left, or I had seen the abuse or understood it — and why I didn't — and I'm finding peace with that. It can break a lot of people, and I was able to rise through it as best I can." Balwani's lawyer didn't respond to a request for comment.

SKIP TO CONTENT

SUBSCRIBE

**Elizabeth Holmes and her partner Billy Evans outside a federal court in San Jose, Calif., on Nov. 18, 2022.**
Credit: Marlena Sloss/Bloomberg via Getty

Once a week, Holmes attends cognitive and behavioral therapy for PTSD overseen by a psychiatrist. She also counsels inmates who are rape survivors. It helps her to find meaning in her incarceration. "Human beings are not made to be in cells," she says. " It goes so far beyond understanding. I'm trying really hard not to tear up right now. I'm trying to grow, as every moment matters. And if one person's life can be touched trying to help them in a crisis, it matters."

For lunch and dinner, Holmes sticks to a largely vegan diet, although she has added salmon and tuna after becoming anemic in her first year in prison. In her spare time she immerses herself in books—the ancient Chinese divination manual *I Ching,* the Harry Potter series, Rick Rubin's *The Creative Act: A Way of Being* and Zen teacher Cheri Huber's *The Fear Book: Facing Fear Once and for All* are titles she has recently read. She is allocated 300 minutes on the phone every month, often waiting an hour in line for the twice-daily calls she usually makes to her family.

SKIP TO CONTENT

SUBSCRIBE

recently drafted an American Freedom Act bill — a seven-page handwritten document— to bolster the presumption of innocence and change criminal procedure. "This will be my life's work," says Holmes, adding that she is speaking out now as part of her mission to advocate on behalf of incarcerated persons and those ripped away from their children.

Elizabeth Holmes, a convicted fraudster and Founder and CEO of Theranos, a defunct health technology company, poses for a portrait at her home.

**Elizabeth Holmes photographed on March 24, 2023.**
Credit: Philip Cheung for The New York Times/Redux

SKIP TO CONTENT

to resume her career in healthcare technology after her release. "There is not a day I have not continued to work on my research and inventions," she says. "I remain completely committed to my dream of making affordable healthcare solutions available to everyone."

For now, however, she is sustained by weekend visits from her family, when she can cuddle Invicta, watch William gather acorns in the prison yard and hold Evans's hand and briefly hug and kiss. (Conjugal visits are not allowed.)

"It kills me to put my family through pain the way I do," she says. "But when I look back on my life, and these angels that have come into it, I can get through anything. It makes me want to fight for all of it."

*If you or someone you know has been a victim of sexual abuse, text "STRENGTH" to the Crisis Text Line at 741-741 to be connected to a certified crisis counselor.*

*For more on Elizabeth Holmes, pick up the new issue of PEOPLE, on newsstands now.*

LEAVE A COMMENT ↓

Read more:   CRIME      CRIME NEWS

## You Might Like

SKIP TO CONTENT

**Driver Accused of the Hit-and-Run Death of *Million Dollar Beach House* Star Sara Burack Says She Thought She Hit a Traffic Cone**

Crime  •  June 21, 2025

Sean "Diddy" Combs attends the 2022 Billboard Music Awards on May 15, 2022 in Las Vegas, Nevada ; Sean Diddy Combs on the first day of trial on May 12, 2025 in New York.

R&B singer R. Kelly leaves the Cook County jail after posting $100 thousand bond

**Sean 'Diddy' Combs Is Not Testifying at His Sex-Trafficking Trial (Exclusive)**

Crime  •  June 18, 2025

**R. Kelly Seeking Presidential Pardon From Donald Trump, Put in Solitary Confinement After Death Threat Claims (Exclusive)**

Crime  •  June 12, 2025

All comments are subject to our Community Guidelines. PEOPLE does not endorse the opinions and views shared by readers in our comment sections.

SKIP TO CONTENT

SUBSCRIBE

# Related Articles

CRIME NEWS

## Arizona Mother, 31, Sentenced After Driving Pickup Truck Through Park and Running Over 12-Year-Old Girl's Leg

By Brenton Blanchet

HOMICIDES

## Inside Luigi Mangione's Life and Job in a Brooklyn Prison (Exclusive)

By Samira Asma-Sadeque and Sarah Jones

SKIP TO CONTENT

SUBSCRIBE

Allegedly Throwing Gas on Brother and Lighting Him on Fire

By Kimberlee Speakman

**CRIME NEWS**

## Sherri Papini Claims She Was Having 'Emotional Affair' — and 'Prison Was Far Safer' Than Husband Finding Out

By Christina Coulter

**COURTS & TRIALS**

## No Sleep, No Life, and a Gucci Bag of Drugs: Inside the Shocking Claims from Diddy's Ex-Assistant

By Elizabeth Rosner and Janelle Griffith

**CRIME NEWS**

## Where Is R. Kelly Now? Inside the Disgraced Rapper's Life in Federal Prison

By Caroline Blair

**HOMICIDES**

## Monica Sementilli, Who Plotted Her Celebrity Hairstylist Husband's Death with Her Porn Star Lover, Sentenced to Life Without Parole

By Charna Flam

**CRIME NEWS**

## Mom Begged Son to Let Her 'Finish' Daughter, 6, After Bashing in Girl's Skull with a Hammer: Police

By Chris Spargo

SKIP TO CONTENT

SUBSCRIBE

**SEX CRIMES**

## He Catfished and Molested a Middle School Girl. Then He Plotted Her Murder From Jail.

By Christina Coulter

**CRIME NEWS**

## He's Accused of 'Torturing' Man to Death — But He Claims He Was Watching *Finding Nemo* with His Daughter

By Sean Neumann

**HOMICIDES**

## Texas Parents Charged with Murder a Year After Their 4-Month-Old Baby Was Found Dead in a Motel Dresser Drawer

By Brenton Blanchet

**CRIME NEWS**

## Karen Read's Parents Say the 'Fear We Could Lose' Her Has Gone Now That She's Been Acquitted of Murder

By Charlotte Phillipp

**COURTS & TRIALS**

## Kanye West Spotted Entering Courthouse amid Ongoing Diddy Trial

By Liam Quinn, Samira Asma-Sadeque, Elizabeth Rosner, and Janelle Griffith

SKIP TO CONTENT

SUBSCRIBE

Smiled — Then Confessed to Killing Her

By Sean Neumann



**HOMICIDES**

## A Texas Teen Stabbed a Fellow High School Student to Death During Brawl. He Will Spend the Next 10 Years in Prison.

By Chris Spargo



**SEX CRIMES**

## Man Allegedly Sexually Assaulted His Daughter for 12 Years, Resulting in the Birth of 3 Children

By Bailey Richards



**NEWSLETTERS**

Follow Us

    

| NEWS | ENTERTAINMENT |
|------|---------------|
| ROYALS | LIFESTYLE |
| LEWATCH | SHOPPING |

SKIP TO CONTENT

Case 5:18-cr-00258-EJD    Document 1796-3    Filed 07/02/25    Page 18 of 18



People

SUBSCRIBE

Privacy Policy                    Contact Us

Terms of Service                  Advertise

Your Privacy Choices  ✓✗



PEOPLE is part of the Dotdash Meredith publishing family.