Case 5:18-cv-00258-EJD   Document 1796-5   Filed 07/02/25   Page 1 of 3

**Elizabeth Holmes**

🕐 This article is more than **1 month old**

# Elizabeth Holmes's partner reportedly raises millions for blood-testing startup

### Billy Evans, father of Holmes's children, says company can make diagnoses from users' blood, urine and saliva



📷 Ex-Theranos CEO Elizabeth Holmes with her partner, Billy Evans, after a hearing on 17 March 2023 in San Jose, California. Photograph: Philip Pacheco/Getty Images

**José Olivares**

Sun 11 May 2025 11.13 EDT

Elizabeth Holmes's romantic partner – the father of her children – reportedly has raised millions of dollars to start up a new blood-testing company that is strikingly similar to the one that landed the Theranos founder in federal prison.

The fundraising comes as Billy Evans, an heir to a hotel fortune, is pitching his new company, Haemanthus, to potential investors, according to the New York Times. Evans's pitch: a health-testing company that can make diagnoses from users' blood, urine and saliva.

Haemanthus' pitch and those made by the Holmes-helmed Theranos share a few significant similarities.

Holmes launched Theranos in 2003 after her health-testing tech startup received significant investment from high-profile multimillionaires. She claimed her company had developed technology to rapidly and accurately test small amounts of blood to provide diagnoses.

Meanwhile, in a January patent, Haemanthus indicated it can use its technology to test sweat, urine, saliva and small amounts of blood for diagnoses. The company led by Evans, who has two children with Holmes, was incorporated in February 2024 – and it has indicated that it was set to begin running tests for animals before conducting testing on humans.

Theranos's claims about its technology helped its valuation balloon, reaching its $9bn peak in 2014. But bombshell investigations from the Wall Street Journal revealed that Theranos's claims were largely false. The tests were illegitimate, providing false results.

Case 5:18-cr-00258-EJD    Document 1796-5    Filed 07/02/25    Page 2 of 3

The scandal peaked when the company was dissolved in 2018. Later that same year, Holmes and the company's president were charged with fraud. Holmes was sentenced to 11 years prison in 2022 for defrauding investors.

Haemanthus' marketing materials, reviewed by the New York Times, show that the company's technology will use a laser to scan blood, saliva or urine from pets and "analyze the samples on a molecular level". The technology then would require only a matter of seconds to detect illnesses, cancer or infections.

According to the Times' report, the marketing materials say the Haemanthus' long-term goals include developing a small, wearable version of the device for humans.

Several investors have already passed on the pitch, according to the Times report. But, while reportedly being advised by Holmes, Evans has been able to raise almost $20m from friends and other investors.

Evans met Holmes in 2017 amid the fraud investigation that resulted in her imprisonment. He reportedly lives in Texas with their children while Holmes is serving time in a federal prison about two hours away.

## At this dangerous moment for dissent

I hope you appreciated this article. Before you close this tab, I wanted to ask if you could support the Guardian at this crucial time for journalism in the US.

When the military is deployed to quell overwhelmingly peaceful protest, when elected officials of the opposing party are arrested or handcuffed, when student activists are jailed and deported, and when a wide range of civic institutions – non-profits, law firms, universities, news outlets, the arts, the civil service, scientists – are targeted and penalized by the federal government, it's hard to avoid the conclusion that our core freedoms are disappearing before our eyes – and democracy itself is slipping away.

In any country on the cusp of authoritarianism, the role of the press as an engine of scrutiny, truth and accountability becomes increasingly critical. At the Guardian, we see it as our job not only to report on the suppression of dissenting voices, but to make sure those voices are heard.

Not every news organization sees its mission this way – indeed, some have been pressured by their corporate and billionaire owners to avoid antagonizing this government. I am thankful the Guardian is different.

Our only financial obligation is to fund independent journalism in perpetuity: we have no ultrarich owner, no shareholders, no corporate bosses with the power to overrule or influence our editorial decisions. Reader support is what guarantees our survival and safeguards our independence – and every cent we receive is reinvested in our work.

The Guardian's global perspective helps contextualize and illuminate what we are experiencing in this country. That doesn't mean we have a single viewpoint, but we do have a shared set of values. Humanity, curiosity and honesty guide us, and our work is rooted in solidarity with ordinary people and hope for our shared future.

**It has never been more urgent, or more perilous, to pursue reporting in the US that holds power to account and counters the spread of misinformation – and at the Guardian we make our journalism free and accessible to all. Can you spare just 37 seconds now to support our work and protect the free press?**

**We value whatever you can spare, but a recurring contribution makes the most impact, enabling greater investment in our most crucial, fearless journalism. As our thanks to you, we can offer you some great benefits – including seeing far fewer fundraising messages like this. We've made it very quick to set up, so we hope you'll consider it. Thank you.**

**Betsy Reed**
*Editor, Guardian US*

◯  Support $5/monthly

**Recommended**

◯  **Support $15/monthly**

Unlock **All-access digital** benefits:

✓  Far fewer asks for support

✓  Ad-free reading on all your devices

✓  Unlimited access to the Guardian app

✓  Regular dispatches from the newsroom to see the impact of your support

✓  Unlimited access to the Guardian cooking app, Feast

◯  Support once from just $1

Continue  →      **Remind me in August**      VISA   mastercard   AMERICAN EXPRESS   P PayPal

## Related stories

**US court upholds Theranos founder Elizabeth Holmes's conviction**

24 Feb 2025



**Theranos founder Elizabeth Holmes asks court to overturn fraud conviction**

11 Jun 2024



**Theranos fraudster Elizabeth Holmes has prison sentence reduced again**

7 May 2024



## More from News

**US law**
**US supreme court limits federal judges' power to block Trump orders**

2h ago

**Trump tariffs**
**Trump says he is ending Canada trade talks amid tech tax dispute**

3h ago

**Gaza**
**IDF opens inquiry into possible war crimes after deaths near Gaza aid sites**

5h ago

## Most viewed