JOHN D. CLINE (CA State Bar No. 237759)
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR-18-00258-EJD |
| Plaintiff, | ) |
| v. | ) **DECLARATION OF KATHERINE TREFZ IN** |
| | ) **SUPPORT OF MS. HOLMES' REPLY IN** |
| | ) **SUPPORT OF HER MOTION FOR** |
| | ) **MODIFICATION OF SENTENCE** |
| ELIZABETH HOLMES, | ) |
| | ) **[EXHIBITS 3-4 FILED UNDER SEAL]** |
| Defendant. | ) |
| | ) Hon. Edward J. Davila |
| | ) |

DECLARATION OF KATHERINE TREFZ
CR-18-00258 EJD

1

I, KATHERINE TREFZ, declare:

1.     I represent Defendant Elizabeth Holmes in the above-captioned matter and am admitted to practice in this District.  I submit this declaration in support of Ms. Holmes' Reply in support of her Motion for Modification of Sentence.

2.     Attached as Exhibit 1 is a true and correct copy of admitted Trial Exhibit 3530.

3.     Attached as Exhibit 2 is a true and correct copy of admitted Trial Exhibit 1505.

4.     Attached as Exhibit 3 is a true and correct copy of an email exchange between counsel for the government and an individual identified as a victim in the Court's Sentencing Order, provided to me via email by counsel to the government at approximately 8:55 pm ET on July 2, 2025.  This exhibit is being filed under seal.

5.     Attached as Exhibit 4 is a true and correct copy of a transcript of Ms. Holmes' record while incarcerated, provided to me by FPC Bryan staff on June 10, 2025.  This exhibit is being filed under seal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of July, 2025, in Newport Beach, California.

_____
KATHERINE TREFZ
Attorney for Elizabeth Holmes

DECLARATION OF KATHERINE TREFZ
CR-18-00258 EJD

2