# EXHIBIT 4

# [FILED UNDER SEAL]